UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT TACOMA

| | |
|---|---|
| PHI THI NGUYEN, et al., ) | Civil Action No. 3:10-cv-5267-BHS |
| Plaintiffs, ) | |
| v. ) | PLAINTIFFS' REPLY IN SUPPORT OF MOTION TO COMPEL WEXFORD DEFENDANTS TO DISCLOSE THE ADDRESSES AND TELEPHONE NUMBERS OF INDIVIDUALS IDENTIFIED PURSUANT TO RULE 26 AND FOR SANCTIONS |
| COUNTY OF CLARK, et al., ) | |
| Defendants. ) | |
| ) | NOTE ON MOTION CALENDAR: OCTOBER 15, 2010 |

The Wexford defendants cite neither authority nor rational basis for their position that Fed. R. Civ. P. 26(a)(1)(A)(i) is satisfied by listing counsel's address and telephone number.

Even if the corporate officials and medical professionals who comprise the Wexford defendants were comparable to law enforcement personnel,[1] the limitations sometimes imposed on that disclosure is not absolute. A recent Colorado District Court requiring disclosure of the address and phone numbers of county jail guards in a 42 U.S.C. § 1983 claim for failure to provide medical care and treatment, made this observation:

> Here, the defendants are county jail guards, and there is no evidence that their identities are not readily known to the inmates. There is nothing 'undercover' about their work.

*Estate of Rice ex rel. Garber v. City and County of Denver, Colo.*, 07-cv-01571-MSK-BNB, 2008 WL 2228702, at \*4 (D.Colo. May 27, 2008).

---

[1] Although the Wexford defendants' response asserts they have been or are employed in "positions related to jail facilities," there is no evidence to support this generalization. *See* Dkt. 63 at 6.

PLAINTIFFS' REPLY
(3:10-cv-5267-BHS) - 1

David P. Meyer, P.C.
621 SW Morrison St, Ste 900
Portland, OR 97205-3823
Phone: (503) 224-1096
dpmeyer@meyerlaw.com

As the court further observed:

> As to most of the personal identifying information, the [defendants] have made no showing that it is maintained as private. . . . Instead, that information is regularly disclosed to friends, relatives, vendors, credit card companies, schools, childrens' [sic] sports teams, on hotel registers, and the like. There is no evidence here that the [defendants] have maintained this information as private or confidential.

*Id.*

For the reasons stated in Plaintiffs' motion, Plaintiffs respectfully request this Court to require the Wexford defendants to disclose the home addresses and telephone numbers of the individuals listed in their Initial Disclosures, and impose such sanctions as are appropriate.

DATED: October 14, 2010.

DAVID P. MEYER, P.C.

By: s/ David P. Meyer
David P. Meyer, WSBA 19643
Attorney for Plaintiffs

PLAINTIFFS' REPLY
(3:10-cv-5267-BHS) - 2

David P. Meyer, P.C.
621 SW Morrison St, Ste 900
Portland, OR 97205-3823
Phone: (503) 224-1096
dpmeyer@meyerlaw.com

# CERTIFICATE OF SERVICE

I hereby certify that I served the foregoing Plaintiffs' Reply In Support of Motion to Compel Wexford Defendants to Disclose the Addresses and Telephone Numbers of Individuals Identified Pursuant To Rule 26 and For Sanctions on:

| | |
|---|---|
| E. Bronson Potter<br>Clark County Prosecutor's Office<br>PO Box 5000<br>Vancouver, WA 98666-5000<br>Fax: (360) 397-2230<br>bronson.potter@clark.wa.gov<br>Attorneys for Defendants Clark County,<br>Lucas, Dunegan, Batties, Barron, Huff,<br>Nagy and Karcher | Daniel F. Mullin<br>Jennifer D. Loynd<br>Mullin Law Group<br>101 Yesler Way Ste 400<br>Seattle, WA 98104-3425<br>Fax: (206) 957-7008<br>dmullin@mullinlawgroup.com<br>jloynd@mullinlawgroup.com<br>Attorneys for Defendants Wexford, Conn,<br>Little, Rance, Epperson, Maynard, Lewis,<br>Gorecki, Laurent and Bankston |
| Michael A. Patterson<br>Sarah S. Mack<br>Buchanan Fobes Leitch & Kalzer Inc<br>2112 3rd Ave Ste 500<br>Seattle WA 98121-2326<br>Fax: (206) 462-6701<br>map@pattersonbuchanan.com<br>ssm@pattersonbuchanan.com<br>Attorneys for Defendants Clark County,<br>Lucas, Dunegan, Batties, Barron, Huff,<br>Nagy and Karcher | |

__ by mailing a full, true and exact copy thereof with the U.S. Postal Service in Portland, Oregon in a sealed, first-class postage prepaid envelope to the attorney's last known address as shown above on the date set forth below.

__ by delivering a full, true and exact copy thereof to the attorney and/or to the attorney's office with a clerk or other person in charge as shown above on the date set forth below.

_x_ by filing a full, true and exact copy thereof to the attorney by electronic means in accordance with the court's Electronic Filing Procedures on the date set forth below.

__ by sending a full, true and exact copy thereof to the attorney by electronic means on the date set forth below.

DATED: October 14, 2010.

s/ David P. Meyer
David P. Meyer

CERTIFICATE OF SERVICE

David P. Meyer, P.C.
621 SW Morrison St, Ste 900
Portland, OR 97205-3823
Phone: (503) 224-1096
dpmeyer@meyerlaw.com